

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-19-00720-CV

Neil R. **FOGA** and Marlene C. Turner-Foga,
Appellants

v.

**GHK ENTERPRISES, LP**,
Appellee

From the County Court, Frio County, Texas
Trial Court No. 9268
Arnulfo C. Luna, Judge Presiding

# O R D E R

Appellee GHK Enterprises, L.P. has filed a notice that appellant Marlene C. Turner-Foga has filed a petition for bankruptcy. The notice complies with Rule 8 of the Texas Rules of Appellate Procedure. Accordingly, this appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court